JAMES C. BRADSHAW (#3768)
Attorney for Defendant
BROWN, BRADSHAW & MOFFAT, LLP
422 North 300 West
Salt Lake City, Utah 84103
Telephone: (801) 532-5297
Facsimile: (801) 532-5298
Email: jim@brownbradshaw.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DREW WILSON CRANDALL, Defendant. | NOTICE OF APPEARANCE  Case No. 2:17mj13-DBP  Judge Dustin B. Pead |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney James C. Bradshaw hereby enters his appearance as counsel for the defendant, Drew Crandall.

DATED this 18th day of May, 2017.

                                                  /s/ *James C. Bradshaw*
                                                JAMES C. BRADSHAW
                                                Attorney for Defendant

## MAILING CERTIFICATE

I hereby certify that on this 18th day of May 2017, a true and correct copy of the foregoing

*Notice of Appearance* was served via electronic filing to the following:

US Attorney's Office (UT)
185 South State Street, #300
Salt Lake City, UT 84101

                                                /s/ *Hailey Bird*

K:\JCB\P\7368.wpd