MARK R. MOFFAT (#5112)
Attorney for Defendant
BROWN, BRADSHAW & MOFFAT, LLP
422 North 300 West
Salt Lake City, Utah 84103
Telephone: (801) 532-5297
Facsimile: (801) 532-5298
Email: mark@brownbradshaw.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | NOTICE OF APPEARANCE |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:17mj13-DBP |
| DREW WILSON CRANDALL, | Judge Dustin B. Pead |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that attorney Mark R. Moffat hereby enters his appearance as counsel for the defendant, Drew Crandall.

    DATED this 18th day of May, 2017.

    /s/ Mark R. Moffat
    MARK R. MOFFAT
    Attorney for Defendant

MAILING CERTIFICATE

I hereby certify that on this 18th day of May 2017, a true and correct copy of the foregoing

*Notice of Appearance* was served via electronic filing to the following:

US Attorney's Office (UT)
185 South State Street, #300
Salt Lake City, UT 84101

/s/ *Hailey Bird*

K:\MRM\P\6121.wpd