## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 11, 2017

Office of the Clerk
United States District Court for the District of Utah
351 S West Temple, Room 1.100
Salt Lake City, UT 84101

  RE: RULE 5 TRANSFER
  USDC Hawaii Magistrate Case No. MJ 17-0478 BMK
  Your Case No. 2:17-MJ-0013-DBP
  USA vs. Drew Wilson Crandall

Dear Clerk,

  Please be advised that Rule 5 Proceeding were conducted in this district.  The following documents are transmitted to your district:

- Agent's Affidavit
- Waiver of Rule 5 Hearing
- CJA 23 Financial Affidavit
- Detention Hearing minutes
- Election Re Preliminary Hearing
- Commitment to Another District
- Order of Detention
- Docket Sheet
- 

  This case is available electronically.  CM/ECF may be accessed through the Court's website at http://www.hid.uscourts.gov.  Please acknowledge receipt and return this letter.

      Very truly yours,

      SUE BEITIA, CLERK

      By: /s/ Sue Beitia by EA, Deputy Clerk

_____
To Clerk's Office:

Receipt is acknowledged by:_____Deputy Clerk , U.S. District Court

Date: _____