# U.S. District Court
# District of Hawaii (Hawaii)
# CRIMINAL DOCKET FOR CASE #: 1:17-mj-00478-BMK-1

| | |
|---|---|
| Case title: USA v. Crandall | Date Filed: 05/05/2017 |

Assigned to: MAGISTRATE JUDGE BARRY M. KURREN

**Defendant (1)**

| | | |
|---|---|---|
| Drew Wilson Crandall | represented by | **Shanlyn A.S. Park**<br>Office of the Federal Public Defender<br>PJKK Federal Building<br>300 Ala Moana Blvd Rm 7-104<br>Honolulu, HI 96850<br>541-2521<br>Fax: 541-3545<br>Email: shanlyn_park@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846=ND.F -- CONSPIRACY TO DISTRIBUTE NARCOTICS; Conspiracy to to manufacture and distribute Fentanyl, in violation of 21: 846, 841(a)(1) -- District of Utah, 2:17-MJ-13 DBP | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Darren W.K. Ching** <br> Office of the United States Attorney <br> Prince Kuhio Federal Building <br> 300 Ala Moana Blvd., Room 6-100 <br> Honolulu, HI 96850 <br> 808 541-2850 <br> Fax: 808 541-2958 <br> Email: Darren.Ching@usdoj.gov <br> *TERMINATED: 05/08/2017* <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Government* <br><br> **Michael Gadd** <br> Office of the U.S. Attorney-District of Utah <br> Central Division <br> 111 South Street, Suite 1800 <br> Salt Lake City, UT 84111-2176 <br> (801) 524-5682 <br> Email: michael.gadd@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Government* <br><br> **Thomas J. Brady** <br> Office of the United States Attorney <br> Prince Kuhio Federal Building <br> 300 Ala Moana Blvd Ste 6100 <br> Honolulu, HI 96850 <br> 541-2850 <br> Email: tom.brady@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Government* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2017 | 1 | EO: as to Defendant Drew Wilson Crandall. Rule 5 Initial Appearance as to Defendant Drew Wilson Crandall is set for 5/5/2017 at 02:30 PM in Courtroom 6 before Magistrate Judge KENNETH J. MANSFIELD. (Magistrate Judge KENNETH J. MANSFIELD)(mrf) <br><br> CERTIFICATE OF SERVICE <br> Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/05/2017) |

| | | |
|---|---|---|
| 05/05/2017 | 2 | AGENT'S AFFIDAVIT as to Drew Wilson Crandall (1) - Signed by MAGISTRATE JUDGE KENNETH J. MANSFIELD.<br>The charging document was not attached to the affidavit. The attached Complaint was obtained from PACER.<br>(Attachments: # 1 Complaint; 2:17-MJ-13 DBP, District of Utah)<br>(emt, ) (Entered: 05/05/2017) |
| 05/05/2017 | 3 | MOTION to Detain Defendant Without Bail - by USA as to Drew Wilson Crandall.<br>(emt, ) (Entered: 05/05/2017) |
| 05/05/2017 | 4 | EP :Initial Appearance in Rule 5(c)(3) Proceedings and Government's Motion to Detain as to Drew Wilson Crandall held on 5/5/2017.<br>Defendant present and in Custody.<br>Defendant Sworn in to the Financial Affidavit. Request for Court Appointed Counsel is hereby GRANTED.<br>Shanlyn Park, AFPD is hereby appointed as Counsel for the Defendant.<br>Waiver of Rule 5 & 5.1 Hearing - as to Identity Hearing is signed and filed.<br>Detention Hearing/Preliminary Hearing set for May 9, 2017 at 1:30 p.m. beforeMagistrate Judge Barry Kurren.<br>Defendant remanded to the Custody of the U.S. Marshal's.<br>Initial Appearance in Rule 5(c)(3) Proceedings as to Drew Wilson Crandall held on 5/5/2017.<br>Added attorney Shanlyn A.S. Park for Drew Wilson Crandall.<br>Appearance entered by Shanlyn A.S. Park for Drew Wilson Crandall on behalf of defendant.<br>Detention Hearing set for 5/9/2017 01:30 PM in Courtroom 6 before MAGISTRATE JUDGE BARRY M. KURREN.<br>Preliminary Hearing set for 5/9/2017 01:30 PM in Courtroom 6 before MAGISTRATE JUDGE BARRY M. KURREN.<br>(FTR-Ctrm 6; 2:36-2:39 PM.)<br>(Magistrate Judge KENNETH J. MANSFIELD)<br>(emt, )No COS issued for this docket entry (Entered: 05/05/2017) |
| 05/05/2017 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Drew Wilson Crandall.<br>(emt, ) (Entered: 05/08/2017) |
| 05/08/2017 | 5 | CJA 23 Financial Affidavit - by Drew Wilson Crandall.<br>(emt, ) (Entered: 05/08/2017) |
| 05/08/2017 | 7 | NOTICE OF ATTORNEY APPEARANCE Michael Gadd appearing for USA.<br>(Gadd, Michael) (Entered: 05/08/2017) |
| 05/09/2017 | 8 | EP : Detention Hearing and Preliminary Hearing as to Drew Wilson Crandall held on 5/9/2017.<br>Defendant is present and in custody.<br>Defendant requests that the preliminary hearing is delayed and be heard at the District of Utah. It is so ordered.<br>Election regarding Holding of Preliminary hearing signed and filed.<br>Arguments heard regarding detention.<br>Government presents exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 and 12 in his detention argument.<br>3 Government's Motion to Detain Defendant Without Bail is GRANTED.<br>Government to prepare the Order.<br>Commitment to Another District signed and filed.<br>Defendant remanded to the custody of the U.S. Marshal Service for further proceedings.<br>U.S. Marshal Service are to transport the Defendant as soon as practicable and |

| | | |
|---|---|---|
| | | possible to the District of Utah.<br>granting 3 Motion to Detain as to Drew Wilson Crandall (1); Motion terminated as to Drew Wilson Crandall: 3 MOTION to Detain filed by USA.<br>(FTR-Ctrm 6/1:40-2:22 PM.)<br>(MAGISTRATE JUDGE BARRY M. KURREN)<br>(emt, ) No COS issued for this docket entry (Entered: 05/10/2017) |
| 05/09/2017 | 9 | ELECTION REGARDING HOLDING OF PRELIMINARY HEARING - by Drew Wilson Crandall.<br>(emt, ) (Entered: 05/10/2017) |
| 05/09/2017 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Drew Wilson Crandall - Signed by MAGISTRATE JUDGE BARRY M. KURREN on 5/9/2017. Defendant committed to Central District of Utah.<br>(emt, )<br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. U.S. Marshals Service served. (Entered: 05/10/2017) |
| 05/11/2017 | 11 | ORDER OF DETENTION PENDING TRIAL as to Drew Wilson Crandall - Signed by MAGISTRATE JUDGE BARRY M. KURREN on 5/11/2017.<br>(emt, )<br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/11/2017) |
| 05/11/2017 | 12 | Letter from the Clerk's Office to the District of Utah re 10 COMMITMENT TO ANOTHER DISTRICT as to Drew Wilson Crandall, dated May 11, 2017.<br>(emt, ) (Entered: 05/11/2017) |