**ORIGINAL**

AO 466B (Rev. 10/03) Election Regarding Holding of Preliminary Hearing

(Crim. Fm. 13b)

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 09 2017
at ___ o'clock and ___ min. __ M.
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ELECTION REGARDING HOLDING OF PRELIMINARY HEARING** |
| V. | CASE NUMBER: 17-0478 BMK |
| DREW WILSON CRANDALL | CHARGING DISTRICTS |
| Defendant | CASE NUMBER: 2:17mj13-DBP |

In accordance with Rule 5.1(b) of the Federal Rules of Criminal Procedure, I elect to have my preliminary hearing in the above-captioned case in the district where the prosecution is pending, and waive my right to have this hearing take place within 10 days of this date.

I understand that I will be required to appear in that district forthwith.

May 9, 2017
Date

_____
Signature of Defendant

_____
Signature of Defense Counsel

_____
Judge