# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:17-MJ-00478-BMK-1 |
| CASE NAME: | United States of America v Drew Wilson Crandall |
| ATTYS FOR PLA: | Darren W.K. Ching<br>Michael Gadd |
| ATTYS FOR DEFT: | Shanlyn A.S. Park |
| USPTS Officer: | Anthony L. Barry |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 - FTR |
| DATE: | 05/09/2017 | TIME: | 1:40 - 2:22 |

COURT ACTION:  EP:   DETENTION HEARING AND PRELIMINARY HEARING.

Defendant is present and in custody.

Defendant requests that the preliminary hearing is delayed and be heard at the District of Utah.  It is so ordered.

Election regarding Holding of Preliminary hearing signed and filed.

Arguments heard regarding detention.

Government presents exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 and 12 in his detention argument.

[3] Government's Motion to Detain Defendant Without Bail is GRANTED.  Government to prepare the Order.

Commitment to Another District signed and filed.

Defendant remanded to the custody of the U.S. Marshal Service for further proceedings. U.S. Marshal Service are to transport the Defendant as soon as practicable and possible to the District of Utah.

*Submitted by: Bernie Aurio, Courtroom Manager*