# United States District Court

DISTRICT OF UTAH FILED CENTRAL DIVISION

U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

**Shamo et al**

2017 JUN -5  A **WARRANT FOR ARREST**

DISTRICT OF UTAH

BY:_____ **CASE NUMBER: 2:16-cr-00631-DAK-2**

DEPUTY CLERK

To:   The United States Marshal
      and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest      **DREW WILSON CRANDALL**
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [X] Superseding Indictment   [ ] Information   [ ] Superseding Information

[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Conspiracy to Distribute Fentanyl; Conspiracy to Distribute Alprazolam; Conspiracy to Commit Money Laundering;**

in violation of   21 U.S.C. 846 and 841(a)(1); 18 U.S.C. 1956(h)                United States Code.

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| Signature of Issuing Officer | May 31, 2017 at Salt Lake City, Utah |
| By: Elizabeth Toscano  Deputy Clerk | Date and Location |

Bail fixed _____ by _____
                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 6/1/17 | NAME AND TITLE OF ARRESTING OFFICER  Sean Stevenson  DUSM | SIGNATURE OF ARRESTING OFFICER  [signature] 0066 |
|---|---|---|
| DATE OF ARREST 6/2/17 | | |