IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:16-cr-00631-DAK |
| | : | |
| Plaintiff, | : | ORDER SETTING STATUS |
| | : | CONFERENCE AND EXCLUDING |
| vs. | : | TIME FROM SPEEDY TRIAL ACT |
| | : | COMPUTATION |
| AARON MICHAEL SHAMO, | : | |
| | : | Magistrate Judge Evelyn J. Furse |
| Defendant. | : | District Court Judge Dale A. Kimball |
| | : | |

The instant matter came before the court for arraignment on June 29, 2017. The defendant appeared with counsel. Michael Gadd appeared for the United States. The Court heard discussion regarding the nature of the case and the extent of discovery and being now fully advised, the Court hereby enters the following ORDER:

The Court will hold a status conference on August 31, 2017 at 10a.m. It is further ORDERED pursuant to 18 U.S.C. § 3161(h)(1)(D) and (7)(A) and (B)(ii) that all time between June 29, 2017, and the status conference shall be excluded from computation of time under the Speedy Trial Act. The Court finds that such time is excluded from computation under the terms of the Speedy Trial Act, and finds further that the ends of justice served by the delay outweigh the best interests of the public and the defendants in a speedy trial.

In reaching this legal conclusion, the Court considers the complexity of the case, the number of defendants involved, and the volume of discovery. The instant matter relates to

allegations of a long-term drug trafficking, drug manufacturing, and money laundering schemes involving millions of dollars and thousands drug transactions. There are six charged defendants and more than a dozen additional co-conspirators. The corresponding evidence includes approximately eight terabytes of data.

Given the complexity of the case, the volume of discovery material, and the number of co-defendants, it would be unreasonable to expect adequate trial preparation within the time limits established by the Speedy Trial Act. Failure to exclude speedy trial time would preclude effective preparation and due diligence on the part of counsel.

DATED this 29th day of June, 2017.


EVELYN J FURSE
United States Magistrate Judge