JOHN W. HUBER, United States Attorney (#7226)
VERNON STEJSKAL, Assistant United States Attorney (#8434)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Michael.gadd@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DREW WILSON CRANDALL,<br><br>　　　　　　Defendant. | Case No. 2:16-CR-631 DAK<br><br>**UNITED STATES'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR A REVIEW OF DETENTION**<br><br>Judge Dale A. Kimball |

The United States, by and through Michael Gadd, Special Assistant United States Attorney, hereby files this supplemental memorandum to provide a corrected transcript of the Hawaii detention hearing and to provide the exhibits used in the Hawaii detention hearing. The transcript of the Hawaii hearing was attached to the defendant's motion.[1] By reviewing the recording from the hearing and amending the transcript accordingly, it is hoped that if the Court choses to review the transcript, having the more correct version will aid the Court in its review. The corrected transcript has been attached as Exhibit 13.[2]

---

[1] Doc. 72-1.

[2] The transcript from Hawaii is a restricted document and the parties should not attach the restricted transcript to a public filing without a specific need. But, as the defendant filed the whole transcript as an attachment to his motion, the United States sees the need to provide the amended transcript in its entirety.

To further aid the Court, if the Court choses to review the Hawaii transcript, the United States has attached to this memorandum the twelve exhibits from the Hawaii detention hearing.

Respectfully Submitted on this 9th day of November, 2017,

                                        JOHN W. HUBER
                                      United States Attorney

*/s/ Michael Gadd*
_____

MICHAEL GADD
Special Assistant United States Attorney