

GOVERNMENT
EXHIBIT
1
1:17-mj-478