

GOVERNMENT EXHIBIT
3
1:17-mj-478