"Subject: asc file to import
From: passthepeas@sigaint.org
Date: Wed, July 8, 2015 6:43 am
To: passthepeas@sigaintevyh2rzvw.onion
Priority: Normal

here is the asc file attached to this.
pen the gpg keychain program from your applications folder. then at the
top go to file > import > and choose this file you've downloaded.
now when you have a text file to send to us, right click on it >> bottom
of that menu and choose services > gpg encrypt file
then the box that comes up, you should choose gene001 key in the top box
to encrpyt the file with. the bottom box is for signing your message,
which means aaron can detect any evidence of tampering with the
encryption. for now dont worry about doing that.
delete this after reading and importing this asc file.
Thanks "



GOVERNMENT EXHIBIT 5
1:17-mj-478
PENGAD 800-631-6989