Revenue:              $2,817,928.43[1]
Total Items sold:     872,789
Total Transactions:   5606

|            | Total Orders | Total Quantity | Total Value    |
|------------|--------------|----------------|----------------|
| Adderall   | 87           | 884            | $8,971.26      |
| Xanax      | 1,653        | 405,801        | $283,168.42    |
| Oxycodone  | 3,493        | 458,975        | $2,472,306.48  |
| *M Box     | 871          | 210,752        | $1,005,760.73  |
| *Roxy      | 2,245        | 243,004        | $1,417,448.07  |
| *Fentanyl  | 377          | 5,219          | $49,097.68     |
| Etizolam   | 105          | 3,930          | $3,830.85      |
| Valium     | 75           | 2,010          | $2,172.50      |
| LSD        | 82           | 694            | $3,734.53      |
| Mephedrone | 23           | 30             | $1,082.40      |
| Cialis     | 25           | 250            | $368.85        |
| MDMA       | 27           | 189            | $1,276.77      |
| Ritalin    | 7            | 25             | $185.42        |

*Oxycodone total is from M Box, Roxy, and Fentanyl combined into one result.

---

[1] These figures were calculated from feedback posted between Dec 15, 2015, and November 2016, when the storefront was shut down after SHAMO's arrest. The cash value of the bitcoin paid for the fake and counterfeit pills was determined based on the date of sale. Bitcoin has continued to appreciate in value: as of May 5, 2017, 1 bitcoin is worth more than $1500 USD.



GOVERNMENT EXHIBIT 6
1:17-mj-478