**LocalBitcoins**.com   Buy bitcoins   Sell bitcoins   Post a trade   Forums   Help                                                                    Sign up free   Log in

## Sell bitcoins online in United States

| Buyer | Payment method | Price / BTC | Limits | |
|---|---|---|---|---|
| BitAlliance (100+; 100%) | Cash deposit: Bank of America | 1792.56 USD | 100 - 600 USD | Sell |
| ANS85 (30+; 92%) | Cash deposit: BOA, WELLS & CHASE | 1782.28 USD | 4900 - 20000 USD | Sell |
| Mikethelilguy (30+; 100%) | Cash deposit: BoA Cash Deposit ATM TELLER ASSIST UNTIL 9pm EST! | 1748.40 USD | 400 - 400 USD | Sell |
| Genent (1000+; 100%) | Cash deposit: ♛ TD BANK ♛ | 1748.00 USD | 1000 - 1700 USD | Sell |
| Moneytree27 (70+; 100%) | Cash deposit: TD Bank Cap One Boa Chase Santander | 1748.00 USD | 400 - 2000 USD | Sell |
| jackal47 (1000+; 100%) | Cash deposit: BOFA, Wells Fargo, PNC, Credit Union, Chase | 1742.10 USD | 1000 - 1500 USD | Sell |

Show more... ▼

## Sell bitcoins for cash near Honolulu, HI, USA

| Buyer | Distance | Location | Price/BTC | Limits | |
|---|---|---|---|---|---|
| Funny_munny (2; 100%) | 0 miles | Honolulu, HI, USA | 1713.73 USD | 330 - 340 USD | Sell |
| Felimartina (30+; 97%) | 3.4 miles | Waikīkī, HI 96815, USA | 1610.91 USD | 20 - 1000 USD | Sell |
| TheJamesFund (25; 100%) | 20.8 miles | Kapolei, HI, USA | 1456.67 USD | 100 - 3000 USD | Sell |



GOVERNMENT EXHIBIT 10  1:17-mj-478

Show more on map for selling bitcoins for cash

**LocalBitcoins**.com       ABOUT / About us       SUPPORT / Contact support       SERVICES / English       FOLLOW US / Facebook