New Zealand:



Hell hole is this way guys! #HellHole #WTF #Why? #Russell #JustInCase #NewZealand #NZ #Travelgram

New Zealand:



Staring contest! #iWon #Wellington #WETAworkshop #Weta #Gollum #Smeagol #LOTR #NewZealand
And Rohan will answer!



Thailand:



▢ ▢▢▢▢▢▢

Follow

33 likes 24w

▢▢▢▢▢▢ No better way to get around town! #InstagramHusband #ChiangMai #Scooter #Thailand #Instatravel #Traveler #LoyKrathong

▢▢▢▢▢▢ That dress is beautiful

▢▢▢▢▢▢ drew picked it out! I love it too!

▢▢▢▢▢▢ #InstagramHusband hahahaha

▢▢▢▢▢▢ Gorgeous!!! 😍 😊

▢▢▢▢▢▢ Pretty Dress Looks like your Living the Dream I Remember when you was So Little

Thailand:



▢ ▢▢▢▢▢▢
Full Moon Party - Koh P...

Follow

39 likes 19w

▢▢▢▢▢▢ Sorry to be a photo slut today, but we've had a great time in Koh Phangan! #LegPiece #GlowInTheDark #FullMoonParty #BlackLight #Drasha #Betrothed #Travels #Bae #Thailand #Islands

▢▢▢▢▢▢ Ooooh 😍😍😍📷

GOVERNMENT EXHIBIT
11 (2 of 4)
1:17-mj-478

Singapore:




50 likes 18w

We made it to Singapore! And guess what, there's a Central Perk! #CentralPerk #Friends #Singapore #Coffee #CoffeeShop #CountryNumber8 #WorldTravelers #Drasha #NoMakeUp #5AMflight

I leave on Wednesday and all of you pictures are making me so excited!

Singapore:



Marina Bay Sands Singa...

45 likes 13w

Ready to take on the world! #WhoRunsTheWorld? #Girls #Singapore #OnTopOfTheWorld #TravelBum #CantStop #InstaTravel #MarinaSandsBay

You look so cute!

Log in to like or comment



GOVERNMENT EXHIBIT
11 (3of4)
1:17-mj-478

Laos:

[redacted]
Vang Vieng, Laos
Follow

37 likes 13w

[redacted] Cave tubbing in Laos LA #Laos #CaveTubbing #Cave #RiveFloating #Exploring #BeautifulLaos #Adventure #WithTheBae #VangVieng

[redacted] Check out my page lol! I'm sure you will like it.

[redacted] Did you go to the Blue lagoon while you were there? That was my favorite part of Vang Vieng, had a random intense volleyball match with some other backpackers there :)

Log in to like or comment.

Laos:

[redacted]
VangVieng Vientiane pr...
Follow

50 likes 7w

[redacted] Kayaking in Vang Vieng. #Lao #Laos #Kayaking #River #PerfectWeather #VangVieng #FavoriteCity #CountrySide #TravelBuddies #SouthEastAsia #AsianInvasion #BackPackers

[redacted] sanku

[redacted] Aw sweet

Log in to like or comment.

GOVERNMENT EXHIBIT
11 (4 of 4)
1:17-mj-478
PENGAD 800-631-6989



