

Government Exhibit 12
1:17-mj-478