UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  MJ17-00478BMK |
| | ) | |
| Plaintiff, | ) | May 9, 2017 |
| | ) | 1:40 p.m. |
| vs. | ) | |
| | ) | |
| DREW WILSON CRANDALL, | ) | |
| | ) | U.S. District Court |
| Defendant. | ) | 300 Ala Moana Boulevard |
| | ) | Honolulu, HI 96850 |
| | ) | |

TRANSCRIPT OF DETENTION HEARING AND PRELIMINARY HEARING
BEFORE THE HONORABLE BARRY M. KURREN
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:                          U.S. ATTORNEY'S OFFICE
                                        By:  DARREN W.K. CHING, ESQ.
                                        300 Ala Moana Boulevard, #6100
                                        Honolulu, HI  96850

For Plaintiff:                          U.S. ATTORNEY'S OFFICE
                                        DISTRICT OF UTAH
                                        By:  MICHAEL GADD, ESQ.
                                        111 South Street, #1800
                                        Salt Lake City, UT  84111

For Defendant:                          FEDERAL PUBLIC DEFENDERS OFFICE
                                        By:  SHANLYN A.S. PARK, ESQ.
                                        300 Ala Moana Boulevard, #7104
                                        Honolulu, HI  96850

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

Maukele Transcribers LLC
Jessica B. Cahill, CER/CET-708
P.O. Box 1652
Wailuku, Maui, Hawaii 96793
Telephone: (808)244-0776



MAUKELE TRANSCRIBERS LLC
www.maukeletranscribers.com
(808)244-0776

1  MAY 9, 2017                                    1:40 P.M.

2        THE CLERK:  All rise.  United States District Court for

3  the District of Hawaii with the Honorable Barry M. Kurren, United

4  States Magistrate Judge, presiding is now convened.  The gallery

5  may be seated.

6        Magistrate Judge number 17-00478BMK, United States of

7  America v. Drew Wilson Crandall.  This hearing has been called on

8  a detention hearing and preliminary hearing.  Counsel,

9  appearances for the record please.

10       MR. CHING:  Good afternoon, Your Honor, Darren Ching on

11  behalf of the United States.  Also appearing with us Michael

12  Gadd.                                    ^
                                          SAUSA

13       THE COURT:  Good afternoon.

14       MS. PARK:  Good afternoon, Your Honor, Shanlyn Park

15  from the Office of the Federal Public Defender on behalf of Drew

16  Wilson Crandall who is present.

17       THE COURT:  Yes, good afternoon.  So I know you've

18  already had an initial appearance in this matter, and so today

19  the case is before the Court for a preliminary hearing and a

20  detention hearing.  I gather it would also be an identity hearing

21  as well or you waived that already?

22       MS. PARK:  We waived that.

23       THE COURT:  Okay.  Okay.  So a preliminary hearing and

24  detention.  So where do we stand -- first, before we get to the

25  matter of detention or bail, what are we going to do about the



MAUKELE TRANSCRIBERS LLC
www.maukeletranscribers.com
(808)244-0776

1    preliminary hearing?

2         MS. PARK:  Your Honor, we're going to have the

3    preliminary -- would like to have the preliminary hearing in the

4    district of which he is charged.

5         THE COURT:  Okay.

6         MS. PARK:  So we're not going forward with anything

7    here.

8         THE COURT:  I assume that's acceptable with the

9    Government?

10        MR. GADD:  Yes, sir.  Thank you.

11        THE COURT:  Okay.  Very well, that's the route we will

12   take.  So let's get to the matter of detention.  I assume each of

13   you has received a copy of the report that's been prepared.

14   Gentlemen, I'll have the Government address this first.

15        MR. GADD:  Thank you, sir.  I have just a few exhibits

16   for the Court --

17        THE COURT:  Yes.

18        MR. GADD:  -- and the Court has those ?

19        THE COURT:  I have a copy of the set that you supplied

20   to my courtroom manager just before the hearing.

21        MR. GADD:  Wonderful.  I've given a copy to the Defense

22   as well.

23        THE COURT:  Okay.

24        MR. GADD:  I'm excited to be here.  Frankly, I'm a

25   little nervous.  We've been waiting for this for a long time.  It

1   means a great deal both for my office and to the people of Utah,

2   and I appreciate the Court hearing us on this.  I want to talk

3   just for a minute about the scheme, and then talk about where the

4   Defendant fit in the scheme.

5           So if I can invite the Court to look at Government's

6   Exhibit 1.  What you see there is a penny and then the bottle.

7   Inside the bottle there is some white dots.  That's Fentanyl.

8   This is a lethal dose of Fentanyl.  Fentanyl is incredibly

9   potent.  Much more potent than morphine or heroin.  Fentanyl is

10  incredibly cheap.

11          These Defendants, they import it from primarily China

12  and because it's so cheap it can be used in a number of ways.  It

13  can be used to mix with low grade heroin to sell on the street,

14  but in this case it was used to create fake pills, primarily

15  oxycodone pills, but as you'll see there's all sorts of pills

16  they were willing to sell.  The oxycodones are the ones that are

17  giving us all of our trouble.

18          If I can invite the Court to look at Exhibit number 2.

19  This is the pill press that the organization was running when we

20  hit the door and went in the house.  It was running.  This is in

21  a locked room in his business partner's residence.  You can kind

22  of see the metal <del>B</del> "V".  That's a funnel, and then the press is

23  everything next to it.

24          You can see, although it's difficult, residue on the

25  walls, what looks like a Shop-Vac.  Most of this was destroyed.



MAUKELE TRANSCRIBERS LLC
w w w . m a u k e l e t r a n s c r i b e r s . c o m
(808)244-0776

1   The house has been condemned.  Hazmat crews had to clean it up.

2   They served the warrant in ~~a~~ our level A hazmat gear.

3          This press and the others like it -- there were four

4   total in the house that we caught -- produces pills.  So they buy

5   the press, and then they buy dies and stamps that allows them,

6   you know, with binding agents and colors, to take a ~~rock~~ raw

7   controlled substance like powdered Fentanyl -and mix it with these
                                                 to

8   inert substances, and they create a pill that looks like

9   oxycodone, and it's stamped like oxycodone, and they're

10  remarkably profitable.  They can make these pills for fractions

11  of a penny and to sell them as if they're legitimate

12  pharmaceuticals.

13         In Utah, a 30 milligram oxycodone pill might sell on

14  the street from anywhere between $20 and $30 in the Salt Lake

15  metro area.  Once you get into our rural communities it sells for

16  much higher.  I'm told by agents here that the price is

17  significantly higher here.  You can see the profit behind it

18  quite easily.

19         In order to sell these -- these Defendants, to the best

20  of our knowledge, weren't selling them, you know, door-to-door,

21  hand-to-hand at the park.  They were selling on line, on the Dark

22  Web.  The Dark Web is a subset of the internet as we think of it.

23  It's web pages that in order to access you need a specific

24  browser.  It's web pages that ~~are~~ aren't indexed by companies you might

25  consider like Google.



1         They index, you know, Surface Web.  The Dark Web is not

2   indexed in that same way and not by those companies, but with the

3   right browser and with a little bit of training you can go on the

4   Dark Web, and you can buy pills like those from defendants like

5   this one.

6         There have been a number of Dark Web market places that

7   have popped up and the Government has tried hard to knock them

8   down as soon as they pop up, the most common of which is the Silk

9   Road.  It was taken down a few years ago, and then there was Silk

10   Road 2.0, one called Agora, which of course is Greek for market.

11   The one that they were selling on when we caught them, at least

12   during most of their business that we could find, was a Dark Web

13   marketplace called AlphaBay.  I don't know, but I suspect it's

14   like a spin-off of eBay.

15         If I could invite the Court to look at Exhibit 3.  This

16   is a screenshot of their storefront on AlphaBay.  It's grainy --

17   and I'll tell the Court, frankly, I'm fine with it being grainy.

18   I worry a little bit in that, you know, the things we're doing

19   here are public, and I'm not in the business of educating new

20   drug dealers.  And so, I'm happy that it's grainy, but I can tell

21   you roughly what we're looking at.  These are fake and

22   counterfeit pharmaceutical pills for sale.  They're sold in

23   different quantities, they're sold for different amounts, but

24   they sold a steady stream.

25         It quickly became an organization that was too big for



1   Mr. Crandall, who other co-conspirators described as the brains

2   behind the operation, the mastermind.  His partner, Mr. Shamo,

3   who we have in custody in the District of Utah, he's very much

4   the ringleader.  He was the one to go out perhaps and recruit

5   straw purchasers or nominees, but every co-conspirator and Mr.

6   Shamo's ~~appearance himself~~ *parent's themselves* have indicated he's just not that

7   smart.  He couldn't have set this up by himself.  Instead, they

8   view Mr. Crandall as the mastermind behind it.  They had to bring

9   in, like I mentioned, other co-conspirators.  People close to the

10  organization and then people a little farther away.

11          I'll give you an example.  One of the risks that they

12  face when they're running this organization is they're having to

13  import from China things like Fentanyl, or a pill press, or dies,

14  or stamps~~,~~ *. A* and law enforcement does our very best to catch it

15  before it gets into the country.

16          And so, if they put their own name and shipping address

17  on that package of Fentanyl there's a chance that we're going to

18  knock on their door and ask them what's going on.  Instead, they

19  hire nominees and straw purchasers.  And so -- and we've

20  interviewed dozens of these people.

21          Essentially, here is how it always worked.  They're

22  friends of the Defendant, they're friends of Mr. Shamo.  They

23  party together, perhaps they work together.  And so, they are

24  approached and for anywhere between, you know, maybe 2- or $400 a

25  package, they agree to accept these packages on behalf of the


MAUKELE TRANSCRIBERS LLC
w w w . m a u k e l e t r a n s c r i b e r s . c o m
( 8 0 8 ) 2 4 4 - 0 7 7 6

1   organization.  Most of them knew what they were doing was wrong.

2   They all denied that they knew how serious it was, but they were

3   happy to take the Defendant's and Mr. Shamo's money.

4          More close to the center of the organization, pressing

5   the pills takes time, packaging the pills takes time, shipping

6   the pill takes time, combining the orders for the day off the

7   Dark Web marketplace, and then getting those to the packagers and

8   the shippers takes time.  And so they started to fill all these

9   roles with people they could trust.

10          If I could invite the Court to look at Exhibit 4, this

11   is one package of many that we picked off right before we took

12   down Mr. Shamo at his residence.  By that point in the

13   investigation, we had figured out who these packagers were; so

14   two women who were packaging these pills in boxes, affixing the

15   shipping label; shortly thereafter we figured out who was telling

16   them, hey, these are the orders for the day, here are the

17   shipping labels, print those out, get the postage and stick them

18   on there.

19          This is just the typical package.  This is what -- if

20   you're a customer of Mr. Crandall's and Mr. Shamo's, this is what

21   you can expect to receive in the mail.  It's not unusual; in fact

22   it was in the course of business to write a fake return address

23   in there.  That way you further if you're the organization you

24   further distance yourself from liability.

25          This bag is poison.  This bag is disguised poison.  If



1   you think for just a moment about what type of people abuse

2   prescription oxycodone, it's your neighbor, it's my neighbor.

3   It's people who ~~have the~~ *had a* knee surgery and got hooked.  They don't

4   want to do heroin.  They're not comfortable with the risk.  They

5   see a pharmaceutical grade pill that is a known quantity.  They

6   know how much they take to get high and how much they can take,

7   and then you introduce poison and tragic consequences result.

8           When this group sold their pills on the Dark Web, they

9   were paid ~~a~~ *in* bitcoin.  Bitcoin, it's a digital currency.  It's

10  pseudo-anonymous.  It can be used anywhere.  The trouble for this

11  group, of course, is that they then, if they want cash, they have

12  to launder that bitcoin back into a fiat currency.  And our

13  investigation is revealing that they spen*t* a great deal of time

14  doing that.

15          But before I talk more about bitcoin, I just wanted to

16  take a minute and talk about one last risk that they faced when

17  they brought additional people into their organization.  The risk

18  is that the more people who know, the easier it is for the

19  Government to find out.  And so, what we saw as we began to

20  unravel the mystery that was their organization is that they took

21  sophisticated and great lengths to disguise and conceal their

22  communications.

23          So Government's Exhibit 5 -- and I won't dwell much on

24  this -- this is an email that the Defendant wrote.  He sent it to

25  the same email address he wrote it from.  He handed that email



MAUKELE TRANSCRIBERS LLC
w w w . m a u k e l e t r a n s c r i b e r s . c o m
(808) 244-0776

1    address off to the two women that they had hired to package their

2    pills.

3            So what you see here is a Subject, and then From:
     passthepeas

4    ~~passedtheps (phonetic)~~ at SIGAINT, that's a secure email system,
                    passthepeas

5    and then To: ~~passedtheps (phonetic)~~, and then you see that

6    SIGAINT again.  The reason these look different is because you
                    secure

7    can access the ~~security~~ email system either using the Surface Web

8    or the Dark Web, but in reality this is an email to and from the

9    same email address.

10           He wrote it there, but he wrote it for those women.  He

11   explains in there how to set up PGP encryption.  So PGP

12   encryption is a series of algorithms and cryptography that allow

13   communications to be shared securely and privately.  He's

14   explaining to them how to run the business his way to make it

15   safe and then, of course, at the very end he tells them delete

16   this.  Don't leave any evidence.  Because it was in the sent file

17   and not the received file we have a copy of it.

18           They, as a business, were remarkably successful.  The

19   Government's Exhibit 6 just is a snapshot, a first approximation

20   of the type of success they saw.  And here's why I say that.  So

21   one of the online marketplaces that they were selling their pills

22   on, AlphaBay, had the ability like many of, you know, the

23   traditional online marketplaces we see, whether it's, you know,

24   Amazon, or eBay, or the like -- the site had the ability for

25   customers to leave feedback.



1    This is especially important in transactions that are

2    more than arms-length like these.  Of course, anonymity is king

3    on the Dark Web, and so goodwill also becomes king if you're a

4    Dark Web seller.  You need people to trust that you can deliver

5    on your promises and the feedback provides that tool.  The

6    feedback also has a benefit for law enforcement.  We were able to

7    look at every ~~cell~~ sale, in which there was feedback and the

8    finalization, and we were able to see what they are selling, how

9    much of it are they selling, and how much money they're making.

10    And here's how we calculated that last figure, the

11    revenue.  We took the amount in bitcoin that they sold it for and

12    the value of bitcoin on the day in which that sale was finalized

13    and created this.  Now I will say bitcoin would have been a fine

14    investment for all of us in the last little while.  As of Friday,

15    it was over $1500.  When I looked today, it's even higher.  They

16    made a killing.  This, of course, is just a fraction of their

17    sales, but they made a killing.

18    This Exhibit 7 -- I'll be very brief -- this is what a

19    bitcoin looks like.  This is from a bitcoin website where it kind

20    of describes the benefits of using bitcoin including pseudo-

21    anonymity.

22    In order to launder bitcoin, you have to find someone

23    who is willing to buy your bitcoins for cash.  One of the ways in

24    which the Defendant went about doing that was a site called

25    LocalBitcoins.com.  Not only did he do that, but it appears that


MAUKELE TRANSCRIBERS LLC
www.maukeletranscribers.com
(808)244-0776

1    his soon to be co-defendant, Mr. Shamo, also did.

2            I'll just be very brief with Exhibits 8 and 9.  This is

3    cash we took -- first Exhibit 8 -- cash we took out of Mr.

4    Shamo's house the same day we served the warrant.  His comment to

5    investigators was that he had cashed out a little bit of his

6    bitcoin.  That's $1.2 million in cash.  Exhibit 9, is another

7    $430,000 that he had stuffed away at his mom's house a few months

8    prior.

9            Exhibit 10, is a screenshot from LocalBitcoins.com.

10   These are people here in our area, here in Hawaii, in Honolulu,

11   who are willing to buy your bitcoins for cash, and you can see

12   the price at which they're trading.  So it pays to invest in

13   bitcoin.  Some of these are as high as $1700.  I might -- you

14   know, the Prosecutor may see someone willing to buy it for 1450

15   and thinks maybe that's someone we should talk to.

16           Most of the time, the Defendant and Mr. Shamo they lose

17   a little money on these transactions, so they're willing to sell

18   their bitcoins, but the buyers who have a fiat currency like

19   American dollars will buy it for 90 percent of the value and make

20   a profit that way.  If, of course, you've made your bitcoins

21   illicitly, you're more than happy for a ten percent surcharge to

22   turn it back into fiat currency.

23           LocalBitcoins.com is a Surface website, and it's

24   indexed, and so my agents were able to go and search for Mr.

25   Crandall's username.  They found that Mr. Crandall has laundered


MAUKELE TRANSCRIBERS LLC
www.maukeletranscribers.com
(808)244-0776

1  bitcoins both in the Salt Lake City area and also in New Zealand

2  and Australia.  And they were able to determine that his profile

3  on that one website had engaged in more than 70 transactions and

4  that -- they don't tell you how many specific bitcoins someone

5  has moved through the site, but what they will do is categorize

6  them.  So he's between a 250 and 500 bitcoin exchanger, just

7  being very conservative.

8           So if we say maybe he just made it 250 and if we use

9  Friday's exchange rate, that's close to $400,000 in cash that

10  he's laundered through that cite.

11           MS. PARK:  Your Honor, can I get a time frame of when

12  those transactions occurred?

13           MR. GADD:  Just since he's had his -- since he's had

14  that particular login that we tied to him.  And my memory, but

15  maybe please don't hold me to this, my memory is that it's

16  roughly 2014 to the present.

17           LocalBitcoins, which is just a website that puts people

18  together has exchanges in place in 248, perhaps 249 countries.

19  Essentially, it's worldwide.  Even in countries where the

20  governments don't allow it, it occurs.  It makes it so bitcoins

21  very much are a global currency.  He can take his money and go

22  anywhere in the world, and he'll have it, and he'll have access

23  to local fiat currency.

24           Mr. Crandall left the United States in November of

25  2015.  Co-conspirators have indicated that his girlfriend now



1  fiancé got spooked.  They left.  To my knowledge and to my

2  agent's knowledge is that he has not come back until now.

3  Exhibit 11 is just some indication that they have in fact been

4  traveling.  I noticed, once I saw the pretrial report, that he is

5  not denying that he hasn't traveled.  They live a jetsetter

6  lifestyle.

7          If you can take as an adopted admission his fiancé's

8  statements, they had no plans to return to the United States.

9  Instead, they planned to live in Australia, and he's even tried

10  to pick up a job there, of all things, designing online

11  marketplaces to sell things.

12          Even though he had left in November of 2015, Mr.

13  Crandall still worked for the organization and before the

14  organization and Mr. Shamo was taken down and arrested, Mr.

15  Crandall had come back and started providing a service that he

16  could provide with just a laptop and an internet connection

17  anywhere in the world.  He started doing some of the online

18  customer support.

19          So he became the person who would gather the orders

20  from the day, and then securely send it to these two women who

21  had been hired to package the orders.  At that point, they would

22  hand them off to another co-conspirator whose job was to take the

23  packages, run to the post offices throughout Salt Lake Valley,

24  and ship them randomly.

25          The day after Mr. Shamo was arrested, Mr. Crandall's



1  fiancé reached out to one of their co-conspirators.  It didn't

2  take long as my agents began to unravel this case to find out

3  that Mr. Crandall was a major part of ~~that~~ *it* and that he was

4  overseas.  And so in a concerted effort -- and I don't make light

5  of the fact that when you have five federal ~~agents~~ ~~who is~~ *agencies*

6  investigating, it takes a concerted effort -- in a concerted

7  effort we went hands-off on the Crandalls and anyone associated

8  with them, and we delayed interviews all in the hopes that he

9  would make a mistake.  That we could lull him into this false

10 sense of invincibility and that he might be brazen enough to come

11 back to the United States.

12        We obtained a complaint for him back in January hoping

13 that he might just make this mistake.  His fiancé wanted to get

14 married in Hawaii.  It was much closer for her family.  Australia

15 is a long ways away.  Friday was her birthday.  So they flew in

16 on her birthday, undoubtedly as a birthday present.

17        We had been tipped off about a week prior that they

18 were coming.  My agents and I scrambled out to get here.  Along

19 with local HSI Agents who were instrumental and customs officials

20 who were instrumental, they were escorted into interview rooms

21 separately.  The agents played dumb at first.  Pretended like,

22 you know, maybe we didn't know why they were here, just trying to

23 get some information out of them.

24        And in that conversation Mr. Crandall said he didn't

25 know much about bitcoin.  And when pressed on it, he said, well,



1 he had bought one coin once.  In the other room, of course, his

2 fiancé said, oh, no, no, no, Mr. Crandall had sold his bitcoin

3 for cash and that's the money they were using to travel.  *new paragraph* ∨ I'm not

4 sure we've ever been far from Mr. Crandall's thoughts though and

5 here's why I say that.

6          My agents conducted a border search of his devices and

7 on his computer -- just in the last few weeks, his computer

8 viewed Government's Exhibit 12.  This is an article from a

9 newspaper that discusses the last cocaine cowboy arrested after

10 26 years on the run, a notorious powerboat racing, mansion

11 owning, playboy drug smuggler who was wanted by the federal

12 government.  These are the things he reads.

13          The Defendant, Mr. Crandall, came here to court.  He

14 submitted a financial affidavit to the Court.  There is, I

15 believe, no mention of his bitcoin holdings or all the money he's

16 laundered back into fiat currencies on that financial affidavit.

17 The Defendant gave financial information to Pretrial, and I know

18 there's no mention of his bitcoin holdings or all that cash that

19 he laundered in that financial information.

20          I talked for a minute about the cost -- about the wild

21 success of this organization, but I want to pause just for a

22 moment and talk about the costs.  When you release that much

23 Fentanyl into society, and it's disguised as legitimate

24 pharmaceutical pills, there's going to be consequences.  It's

25 been likened to firing a shotgun in a crowd.


MAUKELE TRANSCRIBERS LLC
www.maukeletranscribers.com
(808)244-0776

1           As of today, my agents are investigating 40 potential

2   overdose deaths, and their pills went nationwide.  The District

3   of Hawaii was not spared.  And also as we find this information

4   out, we send it out as quickly as we can to our local agencies,

5   but the amount of pills is staggering and all the leads haven't

6   been tracked down yet, but while we've been here we looked.

7   There were 11 shipments sent here to Hawaii, and we have one

8   potential overdose that we're looking into.  In that one, at

9   least it looks like some medical intervention saved a life.

10          I want to speak briefly now to the suggestion in the

11  report that perhaps Mr. Crandall's parents could offer their home

12  as a guarantee that he'll show up, that he won't run, that he

13  won't continue his crimes, but I would like to speak instead of

14  on their behalf, since I have no right to do so, I would like to

15  speak on behalf of the parents who will never have that

16  privilege.  I would like to speak to Your Honor on behalf of the

17  mom and the dad of every one of those victims.

18          You know, we talk so much about overdose and whether or

19  not that is a good measure of how dangerous someone's conduct has

20  been I think is debatable.  In reality, every one of these pills

21  that he sold has a story at the end of it.  It cannot be

22  measured, but it's a story of lives and relationships ruined.  I

23  will say this on behalf of those parents, there are no conditions

24  of release that the Court could impose that will keep us safe.

25          By investigating Mr. Crandall, we've revealed to him



1  the one or two mistakes they made, and I'm confident he'll never

2  make those again.  Mr. Crandall has the means, at his disposal,

3  to go anywhere in the world and live outside of our jurisdiction.

4  He has the express desire to not be in the United States, and

5  he's armed with the ability to start his organization at any

6  time.  It takes very little start-up costs and all of the

7  knowledge that's in his head.  We won't be safe if he's out, and

8  I have no confidence that he'll appear with or without the

9  posting of property as assurance.

10         I would ask the Court to detain him.  We're anxious to

11  bring this matter to a resolution in the District of Utah.  I

12  would ask the Court to detain him so that we can do so.  Thank

13  you.

14         THE COURT:  Thank you.  Ms. Park.

15         MS. PARK:  Thank you, Your Honor.  Your Honor, I think

16  the Court is very, very aware that the weight of the evidence is

17  the least factor that the Court should weigh in determining

18  whether somebody should be released or not, and the Government

19  spent about 15 minutes discussing the weight of the evidence.

20         But one of the things I would point out in the

21  Government's statement that I think the Court should look at, and

22  should weigh in regards to the issues that you are asked to

23  decide today, which is flight risk, is the fact that the

24  Government made it clear that they did not try to reach out to

25  Mr. Crandall, or they did not try to even reach out to his



1    parents to let them know that they were looking for him.

2          So you don't -- you know, the inference that is made

3    that he left the country because of this investigation just

4    simply is not there.  The co-defendant was arrested a year after

5    he left.  He had already been traveling abroad when the co-

6    defendant was arrested.  There is -- as the Government admits,

7    they did not reach out to anyone in Mr. Crandall's circle to let

8    them know that they were looking for him.  They purposely stayed

9    low.

10         So how do you have a Defendant -- how can you make a

11   claim that this person is a flight risk or because of his foreign

12   travel when there's no knowledge connecting that he was wanted or

13   that they were looking for him, or that he was part of this

14   conspiracy that they were charging him with.

15         Your Honor, I would ask the Court to consider the fact

16   that in regards to the weight of the evidence that, you know,

17   many of the things that the Government has said, we don't have

18   any documentation or anything to support that.  In the regards to

19   the email that was sent, the Government made the proffer that

20   that is the Defendant.  I see the email, I know what the email

21   says, but I don't know if that's tied to the Defendant or not.

22         THE COURT:  I think probably we look more at what the

23   allegations are that are in the complaint that, of course, is on

24   file with the Court and, you know, there are serious

25   allegations --



MAUKELE TRANSCRIBERS LLC
www.maukeletranscribers.com
(808)244-0776

1          MS. PARK:  There are serious allegations.

2          THE COURT:  -- with regard to substantial large scale

3    drug trafficking.  So that to me is perhaps more significant than

4    a lot of the collateral information here, I certainly would agree

5    with that, but you do have those allegations in the complaint,

6    and I, you know --

7          MS. PARK:  And I do -- and I understand --

8          THE COURT:  Right.

9          MS. PARK:  -- and I accept that.  You know, they are

10   allegations at this point.  This is a criminal complaint.

11         THE COURT:  Right.

12         MS. PARK:  This isn't an indictment --

13         THE COURT:  Yes.

14         MS. PARK:  -- so there hasn't been a finding by a grand

15   jury, but I do think what we have proffered -- or what we have

16   asked Pretrial Services to look at, by way of the parents, being

17   third-party custodians, posting of actual cash or even property

18   -- their home, I think is significant to address the issues of

19   flight risk.  His parents are here.  They're in court and the

20   Court can question them about being a third-party custodian.

21         In light of the serious allegations, Your Honor, I

22   would not ask this Court to release him on conditions of bail,

23   allow him like two weeks to return to Utah.  I don't think that

24   that is necessary or something that I would even proffer to the

25   Court at this time.  What I would proffer is something very, very



1  limited.

2        Basically, his parents are responsible for transporting

3  him back to Utah, they have to post cash surety, and basically he

4  would go from the Federal Detention Center to the Honolulu

5  Airport, get on a plane with his parents and return to Utah, and

6  then have to go to court immediately upon his return.

7        You know, we can move up court dates very, very easily,

8  and -- we could do that, or we could keep him in custody until

9  that could be accomplished, but I would not be asking for, you

10  know, two weeks here in Hawaii, you know, to continue on with his

11  plans to get married or to any of that.  I mean I think those

12  have to be put aside in order to deal with the seriousness of the

13  allegation.

14        So that is something that I would ask the Court to

15  consider is that very, very limited release, and then back in the

16  District of Utah they can make a determination of whether they

17  want to continue him on that release plan or whether they want to

18  detain him at that time.

19        Your Honor, Pretrial Services raises some issues in

20  regards to failure to appear because of past traffic violations.

21  I would just ask the Court to note that those are traffic

22  violations.  Eventually all of that was cleared up and there is

23  no outstanding warrants for him in Utah at all.

24        And in regards to any other possibility of foreign

25  travel, the governments here have seized his passport.  His



1    passport is, according to the Government's attorney, en route

2    back to Utah.  So we all know that you can't travel out of this

3    country easily without a passport, but I would note that all of

4    his foreign travel when he was traveling was with a U.S.

5    passport.  He wasn't using any other means to get around these

6    countries.  He wasn't presenting himself as a different

7    individual.  He was presenting himself as Drew Crandall, and used

8    his U.S. passport, and traveled -- and left the country before

9    this investigation even surfaced, and continued to travel because

10    there was no indication that he was a target at that point in

11    time.

12           If there had been some indication that he was a target,

13    and then didn't return, I could see that argument, but I can't

14    see the argument being accepted that, oh, we purposely kept a

15    hush-hush kind of situation, and he didn't come back.  He doesn't

16    know to come back.  There's no indication that he should be

17    coming back.  And there's nothing wrong with U.S. citizens

18    traveling abroad and working abroad.  Many people do it.

19           And so, I don't think that the Court can just on that

20    basis infer that his foreign travel makes him a flight risk.  I

21    think the issue of dangerousness, I think the issue of flight

22    risk are all taken into account with the proffer of a very, very

23    limited release plan that we would proffer in this case.

24           THE COURT:  Okay.  Thank you.  So on some of the

25    specific points that Ms. Park has raised, any rebuttal or further



1   argument on that?

2           MR. GADD:  Just very briefly.  There was a suggestion

3   that perhaps if we would have reached out to him, he would have

4   come and quietly surrendered.  That was belied by his fiancé

5   checking with the co-defendant right after his co-defendant's

6   arrest.  I say co-defendant, co-conspirator.  They in fact knew

7   all about it, and they chose to stay abroad, because they knew

8   the other shoe was going to drop.

9           In regards to taking his passport, it's true, it's en

10  route.  It's evidence of his crime.  The Dark Web is a scary

11  place, but the Defendant knows as well as I know passports are a

12  few clicks away and bus -- and boat rides are maybe even closer.

13  There are no series of conditions, nothing we've heard suggested

14  that gives me any hope that he'll return to the District of Utah

15  to stand trial.  Thank you.

16          THE COURT:  Okay.  Thank you.  You know, before I rule

17  on the matter of detention I do want to just confirm with Mr.

18  Crandall that he is in full agreement with the plan to have a

19  preliminary hearing --

20          MS. PARK:  Oh, yes.

21          THE COURT:  -- in Utah.  So, Mr. Crandall, you of

22  course have a right under the law to have your hearing held here

23  and within a certain time frame, and, you know, the attorneys

24  have indicated to me that everybody is in agreement that the

25  hearing should -- you know, will take place in Utah.  And that,



1    of course, would entail then a waiver of your right to insist

2    upon that hearing being held, you know, relatively soon here in

3    Hawaii.

4            So I know you probably have discussed this fully with

5    Ms. Park, but I want to make sure this is your decision, and

6    you're in agreement with that point.  Is that the case?

7            THE DEFENDANT:  Yes, Your Honor.

8            THE COURT:  Okay.  Very well, then -- so I -- you know,

9    I will order that the preliminary hearing be delayed, which will

10   involve a waiver of the right to a speedy preliminary hearing and

11   to be held in Utah.

12           So in dealing with the matter of detention, you know,

13   both of you have made very good points about this case.  This is

14   an unusual case to be sure.  There certainly are allegations here

15   of very sophisticated, large scale drug trafficking.

16           And while it is true that the charges are not among the

17   most significant factors that the Court considers, in a case such

18   as this where you have these kinds of allegations measured

19   against what we may be able to do to address conditions of

20   release, you know, these allegations are quite significant, and

21   it certainly appears to me that in light of these allegations,

22   you know, I would have to analyze well what could we really do to

23   protect against what clearly, on its face, would consider a

24   reason for concern with respect to a flight risk.

25           And while it is true that I think the family is doing



1    all it can to propose certain financial -- a basis to protect

2    against the flight, I think measured against the serious issues

3    in this case, it just isn't really sufficient and, frankly, I

4    don't think there are any conditions in light of the allegations

5    here that would cause me enough confidence that he would not pose

6    a serious flight risk.  I think the evidence most definitely has

7    demonstrated by -- principally the issues involved in this case

8    indicate to me that by a preponderance of the evidence that he is

9    a flight risk.

10           Now, has he resided in Australia and outside the

11   country in order to avoid addressing the concern of this case,

12   you know, that may well be.  I'm not so convinced of that at this

13   point.  I am persuaded that given the sophistication that's

14   involved in this case that there are certain -- and the

15   Defendant's experience and knowledge with regard to foreign

16   travel, that there's too much at stake here, and it's very clear

17   to me that he possesses certainly the skillset and ability with

18   his foreign travel experience to be able to potentially avoid

19   appearing as required.

20           So those are factors that I think do aggravate the

21   circumstances of this case.  So the bottom line is really that I

22   don't think the proposal concerning cash and home equity really

23   is sufficient under the circumstances here to really balance

24   against what are clearly very serious drug trafficking issues in

25   this case.



1    I don't think there are any conditions that would

2  satisfy the Court at this time, but I will say this, that, you

3  know, we are somewhat limited in a case like this where it is not

4  in our district, and I -- what I have before me now certainly

5  indicates that he poses a substantial serous flight risk, but I

6  see this, you know, based on the limited information I have

7  presented by way of the complaint and the representations that

8  are made here in court.   I think certainly you can raise these

9  issues if you wish and other matters in the district in which the

10 case is brought to further explore it.

11    Taking the kind of chance or risk that you're

12 suggesting, Ms. Park, for a temporary release is really not

13 satisfactory under the circumstances here.   So I'm granting the

14 Government's motion to detain.   You know, the matter can be

15 raised anew in the District of Utah.   And I will remand Mr.

16 Crandall to the custody of the Marshals.   Commit him to the

17 district -- to be taken to the District of Utah for further

18 proceedings in connection with this case.

19    Okay.   I don't have the papers in connection with that

20 here before me now.   I don't know if you have those papers

21 available.

22    MR. CHING:   Your Honor, we've prepared it.

23    THE COURT:   I'm going to go ahead and sign off on the

24 waiver of the preliminary hearing.

25    MR. CHING:   We also, Your Honor, have the commitment.



MAUKELE TRANSCRIBERS LLC
www.maukeletranscribers.com
(808)244-0776

1          THE COURT:  Okay.  Let me go ahead and sign off on

2    that.  Okay.  Very well, anything further to take up in this case

3    at this time?

4          MS. PARK:  Date for him to appear in Utah, Your Honor.

5          THE COURT:  Well, do you have something set up there?

6          MR. GADD:  I did in the event that he was released.

7    However, I think the way we typically handle it is we'll have the

8    Marshals bring him just as soon as possible.  He'll immediately

9    have his initial appearance in front of our Magistrate there and

10   will have an attorney appointed if he in fact qualifies, and then

11   from there we'll immediately move into arraignment.

12          THE COURT:  Okay, so there isn't anything set up really

13   at this point then?

14          MR. GADD:  No.  No, it all depends on the Marshals.

15          THE COURT:  Okay.  So my order will be that he be taken

16   as soon as practicable and possible to the District of Utah to

17   respond to the charges and that as soon as he is present there

18   the matter can be set on for further proceedings.

19          MR. GADD:  Yes, sir, we will.

20          THE COURT:  Okay.

21          MS. PARK:  Thank you, Your Honor.

22          THE COURT:  Stand in recess.

23          THE CLERK:  All rise.

24      (Proceedings Concluded)

25


MAUKELE TRANSCRIBERS LLC
www.maukeletranscribers.com
(808)244-0776

CERTIFICATE

I, Jessica B. Cahill, court approved transcriber, do hereby certify that pursuant to 28 U.S.C. §753, the foregoing is a complete, true, and correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated: October 6, 2017

Jessica B. Cahill, CER/CET-708

845 North 3rd Avenue

