# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF UTAH

USA
v.
Drew Wilson Crandall

### EXHIBIT AND WITNESS LIST

Case Number:  2:16-cr-00631-DAK-2

| PRESIDING JUDGE Dale A. Kimball | | | | PLAINTIFF'S ATTORNEY S. Michael Gadd and Vernon G. Stejskal | DEFENDANT'S ATTORNEY James C. Bradshaw and Mark R. Moffat |
|---|---|---|---|---|---|

| REVIEW OF DETENTION HEARING November 20, 2017 | | | | COURT REPORTER Ed Young | COURTROOM DEPUTY Elizabeth Toscano |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | * | 11/20/2017 | | | **WITNESS: Patricia Louise Crandall** |
| | * | " | | | **WITNESS: Gregory Mckell Crandall** |
| | * | " | | | **WITNESS: Sasha Grant** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.