IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:16-cr-00631-DAK |
| | : | |
| Plaintiff, | : | ORDER SETTING STATUS |
| | : | CONFERENCE AND EXCLUDING |
| vs. | : | TIME FROM SPEEDY TRIAL ACT |
| | : | COMPUTATION |
| AARON MICHAEL SHAMO, | : | |
| DREW WILSON CRANDALL, | : | Magistrate Judge Evelyn J. Furse |
| ALEXANDRYA MARIE TONGE, | : | District Court Judge Dale A. Kimball |
| KATHERINE LAUREN ANNE BUSTIN, | : | |
| MARIO ANTHONY NOBLE, and | | |
| SEAN MICHAEL GYGI, | | |
| | | |
| Defendants. | | |

The instant matter came before the court for a status conference on December 1, 2017. The defendants appeared with counsel. Michael Gadd appeared for the United States. The Court heard discussion regarding the nature of the case and the extent of discovery and being now fully advised, the Court hereby enters the following ORDER:

The Court will hold a third status conference on 2/28/2018, at 3:00 PM. It is further ORDERED pursuant to 18 U.S.C. § 3161(h)(1)(D) and (7)(A) and (B)(ii) that all time between December 1, 2017, and the third status conference shall be excluded from computation of time under the Speedy Trial Act. The Court finds that such time is excluded from computation under the terms of the Speedy Trial Act, and finds further that the ends of justice served by the delay outweigh the best interests of the public and the defendants in a speedy trial.

In reaching this legal conclusion, the Court considers the complexity of the case, the

number of defendants involved, and the volume of discovery.   The instant matter relates to allegations of a long-term drug trafficking, drug manufacturing, and money laundering schemes involving millions of dollars and thousands drug transactions. There are six charged defendants and more than a dozen additional co-conspirators. The corresponding evidence includes approximately ten terabytes of data, all of which will take additional time and resources to review.

The United States has indicated that today it will make available two additional terabytes of data to the defense. Within the next two weeks, it will provide additional investigative reports as discovery to the defense. The reports will likely be highly relevant to the defense. The additional reports will identify customers of Pharma-Master who are now deceased, memorialize interviews of witnesses, and document the seizure of cryptocurrencies, among other items. The United States also intends to turn over in discovery jail communications.

Given the complexity of the case, the volume of discovery material, and the number of co-defendants, it would be unreasonable to expect adequate trial preparation within the time limits established by the Speedy Trial Act; additional preparation time is necessary. Failure to exclude speedy trial time would preclude effective preparation and due diligence on the part of counsel. DATED this 1st day of December, 2017.

_____
EVELYN J. FURSE
United States Magistrate Judge