JAMES C. BRADSHAW (#3768)
MARK R. MOFFAT (#5112)
BROWN, BRADSHAW & MOFFAT
422 North 300 West
Salt Lake City, Utah 84103
Telephone: (801) 532-5297
Facsimile: (801) 532-5298
jim@brownbradshaw.com
mark@brownbradshaw.com
*Attorney's for Drew Crandall*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. DREW WILSON CRANDALL, Defendant. | Case No. 2:16-CR-631-DAK STIPULATED MOTION TO EXTEND PLEA CUT-OFF Judge Dale A. Kimball |
|---|---|

The Defendant, by his attorney, James C. Bradshaw, and with stipulation of the Government, hereby respectfully moves this Court for an Order to extend the plea cut-off date, presently set for July 30, 2018, for an additional three weeks.

The grounds for this motion are:

1. The Government, by and through Assistant United States Attorney Vernon G. Stejskal, stipulates to this Motion.

2. The Defendant and the Government are working to resolve this matter short of trial but need additional time for negotiations and consideration of all options.

DATED this 30th day of July, 2018.

/s/ James C. Bradshaw
_____
JAMES C. BRADSHAW
Attorney for Defendant

Case 2:16-cr-00631-DAK-PMW Document 123 Filed 07/30/18 Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on July 30th, 2018, I electronically filed the foregoing *Stipulated Motion to Extend Plea Cut-Off* with the Clerk of Court using the CM/ECF system which sent notification of such filing to the to all parties and co-defendants.

/s/ *Kristin H. Jerman*
_____