JAMES C. BRADSHAW (#3768)
MARK R. MOFFAT (#5112)
BROWN, BRADSHAW & MOFFAT
422 North 300 West
Salt Lake City, Utah 84103
Telephone: (801) 532-5297
Facsimile: (801) 532-5298
jim@brownbradshaw.com
mark@brownbradshaw.com
*Attorney's for Drew Crandall*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DREW WILSON CRANDALL, Defendant. | Case No. 2:16-CR-631-DAK ORDER TO EXTEND PLEA CUT-OFF Judge Dale A. Kimball |

Based upon the motion of the Defendant, stipulation by the Government, and in the interest of justice;

IT IS HEREBY ORDERED that the Plea Cut-Off day of July 30th, 2018, is stricken and that the Plea Cut-Off is due on the 20th day of August, 2018.

DATED this 30th day of July, 2018.

BY THE COURT:

_____
DALE A. KIMBALL
U.S. District Court Judge