JOHN W. HUBER, United States Attorney (#7226)
KENT A. BURGGRAAF, Special Assistant United States Attorney (#13044)
Attorneys for the United States of America
348 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 524-3080
Facsimile: (801) 524-4366

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO,<br>DREW WILSON CRANDALL,<br>ALEXANDRYA MARIE TONGE,<br>KATHERINE LAUREN ANNE BUSTIN,<br>MARIO ANTHONY NOBLE, and<br>SEAN MICHAEL GYGI,<br><br>        Defendants. | Case No. 2:16CR631 DAK<br><br>**APPEARANCE<br>OF COUNSEL**<br><br>Judge Dale A. Kimball |

    KENT A. BURGGRAAF, Special Assistant United States Attorney, hereby enters his appearance of counsel for the Plaintiff, United States of America.

    DATED this 29th day of October, 2018.

                                          JOHN W. HUBER
                                          United States Attorney

                                          */s/ Kent A. Burggraaf*
                                          KENT A. BURGGRAAF
                                          Special Assistant United States Attorney

## CERTIFICATE OF MAILING

This is to certify that on this 29th day of October, 2018, I electronically filed the foregoing **APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel on record.

/s/ Jody Johnson
Legal Secretary