JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
KENT A. BURGGRAAF, Special Assistant United States Attorney (#13044)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: michael.gadd@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> AARON MICHAEL SHAMO, <br><br> Defendant. | Case No. 2:16-cr-631DAK <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge Dale A. Kimball |

The United States of America, by and through Michael Gadd, hereby gives notice that a copy of the United States' proposed Exhibit and Witness lists were sent to counsel for Mr. Shamo by email on today's date.

DATED this 17th day of April, 2019.

                                        JOHN W. HUBER
                                        United States Attorney

                                        */s/ Michael Gadd*
                                        MICHAEL GADD
                                        Special Assistant United States Attorney