JOHN W. HUBER, United States Attorney (#7226)
VERNON STEJSKAL, Assistant United States Attorney (#8434)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ⬥ Fax (801) 325-3310

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO, et. al.,<br><br>Defendants. | SUBSTITUTION OF COUNSEL<br><br>Case No. 2:16CR00631 DAK<br><br>Judge Dale A. Kimball |

    Cy H. Castle, Assistant United States Attorney, hereby enters a substitution of counsel for forfeiture related matters in place of Adam S. Elggren who has previously entered an appearance.

    Dated: April 23, 2019.

                                                                     JOHN W. HUBER
                                                                     United States Attorney

                                                                  /s/ Cy H. Castle
                                                                  CY H. CASTLE
                                                                  Assistant U.S. Attorney

(*Shamo*)