

UNITED STATES POSTAL INSPECTION SERVICE

ASSET FORFEITURE

## DECLARATION OF ADMINISTRATIVE FORFEITURE

October 19, 2017

| | |
|---|---|
| Agency Case Number | : 2330920-PMN |
| Seizure Number | : 140-17-001 |
| Asset Identification | : 17-USP-001075 |
| Asset Description | : $429,600.00 U.S. Currency |

On March 20, 2017 at Phoenix, AZ, the described property was seized for forfeiture pursuant to 21 USC 881.

In accordance with 39 CFR 233.7, notice of the seizure and intent to forfeit was published for thirty (30) consecutive days from 05/15/2017 to 06/13/2017 on the official government web site (www.forfeiture.gov) and was sent to each party who appeared to have an interest in this/these property(ies).

Because there were no claims filed for the property within thirty (30) days from the date of the last publication of the Notice of Seizure or thirty-five (35) days from the date the Personal Seizure Notices were mailed, it is hereby declared that the property has been forfeited to the United States Government pursuant to 21 USC 881.

*[signature]*

Regina L. Faulkerson
Inspector in Charge

*Asset Forfeiture, Headquarters*
*P.O. Box 91100*
*Washington, DC 20090-1100*