```
 1                IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF UTAH, CENTRAL DIVISION
 3
 4
         UNITED STATES OF AMERICA,    )
 5                                    )
                   Plaintiff,         )
 6                                    )
              vs.                     )
 7                                    )
         AARON MICHAEL SHAMO,         )   Case No:  2:16CR00631
 8                                    )
                   Defendant,         )
 9       _____  )
                                      )
10                                    )
11
12
13
14
15
16
                     BEFORE THE HONORABLE DALE A. KIMBALL
17
                              August 13, 2019
18
                                JURY TRIAL
19                      TESTIMONY OF JESSICA GLEAVE
                     TESTIMONY OF ALEXANDRYA MARIE TONGE
20
21
22
23
24                             Reported by:
                       KELLY BROWN HICKEN, RPR, RMR
25                            801-521-7238
```

1

|  |  |
|---|---|
| 1 | transfer Bitcoin to us in order to purchase the postage. |
| 2 | Q. Do you recall what the website was called? |
| 3 | A. Getusps.com. |
| 4 | Q. Did you also try to track packages? |
| 13:14:46 5 | A. Yes. |
| 6 | Q. And let's look at Photo 47. |
| 7 | Do you recognize that? |
| 8 | A. Yeah. Tracking is free to use if you use a |
| 9 | priority envelope. |
| 13:15:03 10 | Q. Okay. And those were found at your house on the |
| 11 | search warrant. Do you recognize why those are there? |
| 12 | A. Yes. When we were doing postage that you buy at |
| 13 | the post office we would include a tracking label on each |
| 14 | package and then keep the bottom portion and write the |
| 13:15:20 15 | customer name with it so that if issues arose that could be |
| 16 | referenced. |
| 17 | Q. If I understood you correctly you would save the |
| 18 | tracking number so if something came up you could figure out |
| 19 | from the tracking number what package it was that had |
| 13:15:41 20 | concerns. |
| 21 | A. Correct. See if it been delivered or not. |
| 22 | Q. Okay. Let's look at Photo 32 and Photo 37 and |
| 23 | Photo 38. Can you tell us what those are? |
| 24 | A. Those are label printers to use when using like |
| 13:16:16 25 | USPS because it would print on a sticker basically so you can |

```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF UTAH

                         CENTRAL DIVISION


In re:                        )
                              )
UNITED STATES OF              )
AMERICA,                      )
                              )
        Plaintiff,            )
                              )
vs.                           )   Case No.
                              )   2:16-CR-00631DAK
AARON MICHAEL SHAMO,          )
                              )
        Defendant.            )
                              )
_____)
```

                   BEFORE THE HONORABLE DALE A. KIMBALL

                         August 14, 2019

                           JURY TRIAL

                       Trial Testimony of:

                       Alexandrya Tonge

                       Katherine Bustin

1

|  |  |
|---|---|
| | 1   Q.   But you know today that had you told them that |
| | 2   night you didn't want to speak with them you would |
| | 3   have gone to jail? |
| | 4   A.   I assumed so. |
| 01:46:26 | 5   Q.   Crandall also directed you how to sort of change |
| | 6   up the invoices once in a while, correct, so that |
| | 7   they would show different products? |
| | 8   A.   Yeah.  He mentioned in the beginning to switch up |
| | 9   the invoices so that way, you know, if it were ever |
| 01:46:45 | 10   looked at it would be different than other product. |
| | 11   Q.   And what you told officers, and I'm not trying to |
| | 12   put words in your mouth, I'm reading the report here, |
| | 13   so if I'm wrong correct me, was that Crandall worked |
| | 14   with you four or five times and then he continued to |
| 01:47:01 | 15   teach you? |
| | 16   A.   In the beginning he would teach us kind of things |
| | 17   about the post office.  If I recall correctly, um, |
| | 18   his girlfriend worked for the post office and she |
| | 19   knew kind of what could be x-rayed or not x-rayed. |
| 01:47:17 | 20   So he would originally teach us.  After that, when he |
| | 21   left, we had to switch up a whole lot of stuff.  But |
| | 22   in the beginning he did teach us. |
| | 23   Q.   You keep talking about "in the beginning".  Was |
| | 24   there a time when Drew got out of the picture? |
| 01:47:30 | 25   A.   Yes.  He decided to travel with his girlfriend |

|  |  |  |
|---|---|---|
|  | 1 | Sasha.  I don't know exactly the timeframe, but when |
|  | 2 | he left, Aaron basically took over everything that he |
|  | 3 | would have been doing with us and taught us |
|  | 4 | everything else from that point on. |
| 01:47:48 | 5 | Q.    I want to show you an exhibit that has been |
|  | 6 | previously entered, it is 15.05, and have you go to |
|  | 7 | Page 5 of that.  And can you make the top part pretty |
|  | 8 | -- do you see those names at the top? |
|  | 9 | A.    Yes. |
| 01:48:23 | 10 | Q.    And so if you look at the third line it says the |
|  | 11 | date? |
|  | 12 | A.    Yes. |
|  | 13 | Q.    What is the date that this was sent? |
|  | 14 | A.    November 20th, 2016. |
| 01:48:33 | 15 | Q.    And that is two days before you were arrested? |
|  | 16 | A.    Yes. |
|  | 17 | Q.    Or at least questioned, correct? |
|  | 18 | A.    Yes. |
|  | 19 | Q.    And who is "Shortbread 66"? |
| 01:48:42 | 20 | A.    I don't know actually. |
|  | 21 | Q.    You don't know who that is? |
|  | 22 | A.    I don't.  I didn't do any of the e-mailing or |
|  | 23 | anything online. |
|  | 24 | Q.    Do you know who "Pass the Peas" is? |
| 01:49:01 | 25 | A.    Um, that is the account that Aaron set up for us |