```
         IN THE UNITED STATES DISTRICT COURT

      FOR THE DISTRICT OF UTAH, CENTRAL DIVISION


 _____
                                 )
 UNITED STATES OF AMERICA,       )
                                 )
           Plaintiff,            )
                                 )
     -vs-                        )    2:16-CR-631 DK
                                 )
 AARON MICHAEL SHAMO, et al.,    )
                                 )
           Defendants.           )
 _____)
```

BEFORE THE HONORABLE DALE KIMBALL

DATE: AUGUST 27, 2019

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL

Reporter: REBECCA JANKE, CSR, RPR, RMR
(801) 521-7238

91

1  actually didn't use a tumbler?
2      A.   Yeah.  It kind of would.
3      Q.   These agents testified they could see it go
4  from your AlphaBay wallet to your wallet, on HMO.  How
5  could they see that with a tumbler?
6      A.   I'm not too tech savvy, so I don't know.
7      Q.   This is your part of the organization,
8  though.  You're the you BitCoin guy.  You're the Dark
9  Web guy.  You searched Tumblers, MultiBit,
10 Mimblewimble.  You searched them all.  You had Readit
11 posts where you were looking at whether or not --
12         MR. SKORDAS:  I object.  This isn't a
13 question.  This is counsel testifying.
14         THE COURT:  What's the question?
15     Q.   BY MR. GADD:  Again, would you be surprised
16 to learn that AlphaBay did not use a tumbler?
17     A.   Yeah.  Absolutely.
18     Q.   So now, let's talk about Drew Crandall's
19 money.
20     A.   Uh-huh.
21     Q.   How much did you send to him in 2016?
22     A.   I honestly couldn't tell you.  Things were
23 obviously moving pretty fast.  I mean, you saw from
24 even Gabby's timeline, when, you know, you threw up a
25 text, and it's like:  Oh, you know, you should have

1  got me money last week.
2          Why didn't you tell me?  You know, so I
3  couldn't put a number on it.
4      Q.  Yeah.  I remember that part.  It was October,
5  right, 2016?
6      A.  Uh-huh.
7      Q.  Do you remember November 8, 2016, you put
8  $2700 in Drew's account?
9      A.  Sure.  That sounds about right.
10     Q.  That would have been his bi-weekly wage,
11 right?
12     A.  It's what he asked me to do, yeah.
13     Q.  Did you ever send a hundred-thousand dollars
14 to him?
15     A.  Well, he didn't need a hundred-thousand
16 dollars.
17     Q.  Let's talk for a minute about blame.  Did you
18 testify that it was Ms. Tonge and Ms. Bustin's fault
19 that you transitioned from the one and the ten and the
20 hundred-pill orders to the hundred-thousand,
21 ten-thousand-pill orders?
22     A.  I won't say fault.  But I know that's how you
23 look at things.  It was definitely a group decision.
24 I mean, it's something that, you know, I'm trying to
25 own up to what I do, so I contributed to that as well.