JOHN W. HUBER, United States Attorney (No. 7226)
MICHAEL GADD, Special Assistant United States Attorney (No. 13704)
VERNON STEJSKAL, Assistant United States Attorney (No. 8434)
CY H. CASTLE, Assistant United States Attorney (No. 4808)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ⬧ Fax (801) 325-3310 ⬧ Cy.Castle@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO, et al.,<br><br>Defendant. | Case No. 2:16-CR-00631-DAK<br><br>**NOTICE OF COMPLIANCE OF PUBLICATION**<br><br>Senior Judge Dale A. Kimball |

PLEASE TAKE NOTICE that publication of the Order of Forfeiture in this action was posted on an official internet government website (www.forfeiture.gov) from April 4, 2020, through May 3, 2020. A copy of the Affidavit of the Asset Forfeiture Paralegal and the Advertisement Certification Report is attached.

Respectfully submitted this 5th day of May, 2020.

JOHN W. HUBER
United States Attorney

/s/ *Cy H. Castle*

CY H. CASTLE
Assistant U.S. Attorney