TRINA A. HIGGINS, United States Attorney (#7349)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON MICHAEL SHAMO,<br>DREW WILSON CRANDALL,<br>ALEXANDRYA MARIE TONGE,<br>KATHERINE LAUREN ANNE BUSTIN,<br>MARIO ANTHONY NOBLE, and<br>SEAN MICHAEL GYGI,<br><br>Defendants. | Case No. 2:16cr631 DAK<br><br>NOTICE OF<br>WITHDRAWAL OF COUNSEL<br><br>Judge Dale A. Kimball |

The United States Attorney, by and through the undersigned Special Assistant United States Attorney, hereby request that Michael Gadd's name be terminated from the above referenced case. Michael Gadd is no longer associated with the case.

DATED this 18th day of August, 2022.

TRINA A. HIGGINS
United States Attorney

*/s/ Michael Gadd*
MICHAEL GADD
Special Assistant United States Attorney